# U.S. Bankruptcy Court

## Eastern District of Wisconsin

### Docket Report 91−20746

- *Debtor:* Scan Import, Inc.
- *Bankruptcy Petition #:* 91−20746
- *Date filed:* 02/06/91
- *Date terminated:* 07/28/94
- *Assigned to:*
- Chapter 7, voluntary, individual, asset,

| * Parties * | * Attorneys * |
|---|---|
| **Scan Import, Inc.**<br>SSN: ***−**−<br>3000 Wolff Street<br>Racine WI 53404<br>* Debtor * | **Arthur J. Morrissey**<br>610 Main Street, P. O. Box 1573<br>Racine WI 53401<br>414−637−7666 |
| **Michael F. Dubis**<br>208 E. Main Street<br>Waterford WI 53185<br>534−6950<br>* Trustee * | |

## Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 02/06/91 | 1 | Voluntary petition under Chapter 7 filed [SW] (nibs) [EOD 02/07/91] |
| 02/06/91 | 2 | Appointment of Michael Dubis as interim trustee and approving standing bond. [SW] (nibs) [EOD 02/07/91] |
| 02/08/91 | 3 | Proof of mailing notice of «41 set for 03/13/91; -23/727 complts due 05/13/91; discharge date 05/14/91. [SW] (nibs) [EOD 02/11/91] |
| 03/20/91 | 4 | Application of Trustee to act as his own attorney . [ME] (nibs) [EOD 03/21/91] |
| 03/20/91 | 5 | Trustee's initial report in an asset case. [VS] (nibs) [EOD 03/21/91] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 03/20/91 | 6 | Application of Trustee to act as his own attorney (Copy) [ME] (nibs) [EOD 03/26/91] |
| 03/20/91 | 7 | Order authorizing trustee to act as his own attorney [ME] (nibs) [EOD 03/26/91] |
| 04/18/91 | 8 | Request for all notices filed by Kohner, Mann Kailas, SC [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 9 | Request for all notices filed by Kohner, Mann Kailas, SC. [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 10 | Request for all notices filed by Kohner, Mann Kailas, SC. [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 11 | Request for all notices filed by Kohner, Mann Kailas, SC. [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 12 | Request for all notices filed by Kohner, Mann Kailas, SC. [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 13 | Request for all notices filed by Kohner, Mann Kailas, SC (2 Reqs) [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 14 | Request for all notices filed by Kohner, Mann Kailas, SC. [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 15 | Request for all notices filed by Kohner, Mann Kailas, SC [MF] (nibs) [EOD 04/22/91] |
| 04/18/91 | 16 | Request for all notices filed by Kohner, Mann Kailas, SC [MF] (nibs) [EOD 04/22/91] |
| 05/03/91 | 17 | ADVERSARY PROCEEDING NO. 91−0143 Commenced 05/03/91. Michael F. Dubis vs Dun Bradstreet, Demka Moebler Aksel DEI Deferred fee [CM] (nibs) [EOD 05/08/91] |
| 05/03/91 | 18 | Proof of mailing notice to creditors of Trustee's intent to abandon unless an obj is filed within 15 days. EDIT DATE 05/18/91 [CM,SW] (nibs) [EOD 05/10/91] |
| 05/07/91 | 21 | Application to employ McMahon−Veltrus,S.C. as his accountant w/ aff of accountant. [CM] (nibs) [EOD 05/22/91] |
| 05/08/91 | 19 | Certification of noticing fees bill for collection for services rendered on 05/03/91 for $23.50. [VS] (nibs) [EOD 05/15/91] |
| 05/13/91 | 20 | Order authorizing the Trustee to employ McMahon−Veltuss, S.C. to act as his accountant. [CM] (nibs) [EOD 05/15/91] |
| 05/23/91 | 22 | Objection to Notice of T; intent to abandon property (accts receivable) req for hrg filed by C. F. Christiansen I/S M0belfabrik [MF] (nibs) [EOD 05/23/91] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 07/09/91 | 1 | AMENDMENT to Schedule A −3 w/ aff of mailing signed by Henrik Holmskov, President. [CM] (nibs) [EOD 07/10/91] |
| 07/19/91 | 23 | Change of address for creditor. [CM] (nibs) [EOD 07/25/91] |
| 07/24/91 | 24 | Order for Hearing on Proposed abandonment Modifying Auto/ stay. [CM] (nibs) [EOD 08/14/91] |
| 08/23/91 | 25 | Certification of noticing fees bill for collection for services rendered on 05−03−91. Amount paid $23.50. [CM] (nibs) [EOD 08/27/91] |
| 08/30/91 | 26 | Order to T to abandon Accounts Rec. [CM] (nibs) [EOD 09/16/91] |
| 08/30/91 | 27 | Hearing held re obj to T's intent to abanbdon. [CM] (nibs) [EOD 09/16/91] |
| 06/10/92 | 28 | Notice of Withdrawal of Proof of Claim #6. (Letter attached to claim #6. [CM] (nibs) [EOD 06/11/92] |
| 07/09/92 | 29 | Stipulation and Order Filed. [CM] (nibs) [EOD 08/04/92] |
| 07/27/92 | 30 | Hearing held ;Court minutes filed, further Ct signed and Order Amending 07−01−92 Order to provide withholding of $500.00 for Expenses. [CM] (nibs) [EOD 08/04/92] |
| 12/21/92 | 31 | Objection to the Application for Professional Fees and Expenses Filed by McMahon Veltus. [CM] (nibs) [EOD 12/22/92] |
| 12/28/92 | 32 | Certificate of service by Wnedy Wilson re Objection to Application for Professional Fees filed by McMahon  Veltus [CM] (nibs) [EOD 01/08/93] |
| 12/28/92 | 33 | Amended Summary of Professional Fees filed by Gregory J. Veltus. [CM] (nibs) [EOD 01/08/93] |
| 01/27/93 | 34 | Trustee's final report and review by UST. [CM] (nibs) [EOD 01/28/93] |
| 01/27/93 | 35 | Final report and motion for approval of final report. [CM] (nibs) [EOD 01/28/93] |
| 01/27/93 | 36 | Trustee's Final Report Reconciliation. [CM] (nibs) [EOD 01/28/93] |
| 01/27/93 | 37 | Trustee's Classification of Claims. [CM] (nibs) [EOD 01/28/93] |
| 01/27/93 | 38 | Application for Accountant Fees. [CM] (nibs) [EOD 01/28/93] |
| 01/27/93 | 39 | Application for Fees for Attorney for Trustee. [CM] (nibs) [EOD 01/28/93] |
| 02/11/93 | 41 | Order limiting notice to creditors who have filed claims and other parties as specified [CM] (nibs) [EOD 02/17/93] |
| 02/12/93 | 40 | Court's certificate of mailing re: Final Account Hrg to be held 03−04−93 @ 9:00 a.m. [CM] (nibs) [EOD 02/17/93] |
| 03/04/93 | 42 | Order Allowing Administrative Claims. . (cmm ) [EOD 03/31/93] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 04/28/93 | 43 | Trustee's Report of Distribution Review By the United States Trustee. (cmm ) [EOD 04/29/93] |
| 04/29/93 | 44 | Order Approving Trustee's Report On Distribution To Creditors . (cmm ) [EOD 05/03/93] |
| 05/11/93 | 45 | Amended Trustee's Classification of Claims Filed by: Trustee Michael F. Dubis (cmm ) [EOD 05/13/93] |
| 05/11/93 | 46 | Amended [43–1] Trustee's Proposed Distribution Report Filed by: Trustee Michael F. Dubis (cmm ) [EOD 05/13/93] |
| 05/13/93 | 47 | Order Approving Trustee's Amended Report on Distribution To Creditors. . (cmm ) [EOD 05/14/93] |
| 08/09/93 | 48 | Trustee's Report of Final Account and Motion for Closing and Discharge and Review By United States Trustee (cmm ) [EOD 08/10/93] |
| 08/10/93 | 49 | Order Discharging Trustee and Closing Case. . (cmm ) [EOD 08/12/93] |
| 07/28/94 | –– | Case Closed. (cmm ) [EOD 07/28/94] |
| 07/28/94 | 50 | Final Decree (cmm ) [EOD 07/28/94] |